El Pueblo de Puerto Rico, demandante y apelado, *v.* Isidro Salamán, acusado y apelante.

No. 3683.—*Sometido:* Marzo 14, 1929. *Resuelto:* Marzo 25, 1929·

C. *Iriarte,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Isidro Salamán fué sentenciado por tener établecida una casa escandalosa donde habitualmente se perturbaba la tranquilidad del vecindario.

El artículo 288 del Código Penal dispone que:

"Toda persona que tuviere establecida una casa escandalosa o dedicada a citas deshonestas, o una casa de recreo en la cual habitualmente se perturbare la tranquilidad, bienestar o decoro del inmediato vecindario, o mesón en que se promovieren desórdenes constantemente; o que arrendare cualquiera habitación o casa de vecindad, sabiendo que va a dedicarse a citas deshonestas o a la prostitución, será reo de *misdemeanor.*"

Una lectura de este artículo lleva a la conclusión de que la persona contra quien puede y debe formularse

una acusación es aquella que tiene el gobierno (*control*) de la casa, ya sea como dueño, propietario, arrendatario, encargado, o una persona similar. La fraseología del estatuto no es aplicable a un empleado o subordinado de la persona a que alude el artículo 288, y ésta es la teoría de la defensa. Sin embargo, la corte emitió una opinión verbal en que halló que toda la prueba tendió a demostrar que el acusado estaba encargado de la casa; que él tenía el gobierno de la misma; que todos los testigos se referían a Salamán. La defensa trató de demostrar que la casa pertenecía a un club, pero la corte indicó la posibilidad de que existiera un club y que a pesar de eso el acusado fuera culpable. A lo sumo ello equivalía a un conflicto de prueba.

*La sentencia apelada debe ser confirmada.*